701 F.2d 221
 112 L.R.R.M. (BNA) 2793, 226 U.S.App.D.C. 210,
97 Lab.Cas. P 10,147
 Advanced Min. Group, Div. of Republic Corp. Lucerne Facility
v.
N. L. R. B.
 82-1434
 UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT
 1/28/83
 
 1
 N.L.R.B.
 
 
 2
 PETITION FOR REVIEW DENIED, ORDER ENFORCED*
 
 
 
 *
 The judgment or order is accompanied by a Memorandum explanatory of the judgment. Such memorandum is not included with the opinions of the Court that are printed, and it may not be cited in briefs or memoranda of counsel as precedents, under local rule